457 A.2d 579

Ferber v. American Lamp, et al., Appellants.

Ferber, Appellant v. Cohen, et al.

Reargument Denied March 1, 1983.

Petition for Allowance of Appeal Granted April 14, 1983.

Argued September 29, 1982. E. Baum, for appellants (at No. 2781) and for appellees (at No. 2934); Joseph A. Prim, Jr., for appellant (at No. 2934) and for appellee (at No. 2781).

Before SPAETH, WICKERSHAM and CIRILLO, JJ.

The judgment of the lower court is affirmed.

The order of the lower court is affirmed.